**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 34 MAL 2019
                                         :

         Respondent                 :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

         v.                       :

CHAD CRAIG RENFRO-NARDUZZI,   :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.